UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――

| | |
|---|---|
| EMILIO RACHEL ESPER KALLAS, | |
| Plaintiff, | **ORDER** |
| v. | 22 Civ. 8256 (PGG) |
| THE G & P AGENCY, INC., and JOEL M. PRICE | |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed in open court yesterday, Plaintiff Kallas shall file the Amended Complaint by **February 26, 2024**. Plaintiff shall apprise the Court when service has been made on the new defendants, Thomas Ragan and Mary Elizabeth Freeman, and the Court will schedule a conference shortly after the due date for their Answer.

Dated: New York, New York
February 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge