USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO RACHEL ESPER KALLAS,

                Plaintiff,

-against-

THE G & P AGENCY, INC. et al.,

                Defendants.

22-CV-08256 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court previously stayed discovery during a status conference on May 1, 2024. It is now ORDERED that the stay of discovery is lifted. Fact discovery shall close on **October 9, 2024**. Extensions of this deadline are not likely to be granted absent compelling reasons. The parties are directed to file a joint letter by **October 11, 2024,** certifying that fact discovery is complete. The Court will schedule the post-discovery conference following receipt of the joint letter.

Dated: July 12, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge