```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EMILIO RACHEL ESPER KALLAS,

                Plaintiff,

-against-

THE G & P AGENCY, INC. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025

22-CV-08256 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      As discussed at the November 19, 2025 conference, it is hereby ORDERED that expert discovery shall be completed by **January 23, 2026**. The parties shall meet and confer regarding interim discovery deadlines and need only involve the Court in that schedule if disagreement precludes the completion of all expert discovery by January 23.

      It is further ORDERED that the jury trial in this case shall begin on **Tuesday, March 10, 2026**. The schedule for pre-trial materials, motions, and appearances shall be as follows:

- *Daubert*-related motions shall be due no later than **February 3, 2025**;
- The parties' Joint Pretrial Order and any additional motions *in limine* shall be due no later than **February 10, 2026**;
- The parties' joint proposed *voir dire* questions, requests to charge, and verdict sheet shall be due no later than **February 17, 2026**;
- The parties shall appear for an in-person Final Pretrial Conference on **Tuesday, February 24, 2026, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York;
    - The parties shall arrange for their technology walkthrough to take place just before or after the Final Pretrial Conference; and
- The parties shall deliver hard copies and electronic copies of their marked exhibits and exhibit lists to the Court no later than **March 3, 2026**.

      Counsel are referred to the Court's Individual Rules & Practices for Civil Trials and are expected to ensure that the pre-trial filings above comply with those Rules.

Dated: November 24, 2025
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge