USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/11/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO RACHEL ESPER KALLAS,

                        Plaintiff,

        -against-

THE G & P AGENCY, INC.,

                        Defendants.

22-CV-08256 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For the reasons explained on the record at the May 5, 2026 Final Pre-Trial Conference:

- Plaintiff's motion (Dkt. No. 104) to exclude portions of the expert report and preclude certain anticipated expert testimony is GRANTED, consistent with the Court's instruction at the Final Pre-Trial Conference.

- Defendants Mary Elizabeth Freeman and Thomas C. Ragan (the "RF Defendants")'s motion to dismiss Plaintiff's legal malpractice claim (Dkt. No. 105) is DENIED without prejudice to renewal at the close of Plaintiff's case in chief.

- Plaintiff's motion in limine (Dkt. No. 108) is GRANTED.

- The RF Defendants' motion is limine (Dkt. No. 109) is DENIED.

- Plaintiff's motion to dismiss Counts One through Five of the Second Amended Complaint (Dkt. No. 116) is GRANTED.

- Defendants the G & P Agency, Inc. and Joel M. Price (the "Price Defendants")'s motion to dismiss the crossclaims (Dkt. No. 117) is GRANTED.

- The RF Defendants' motion to compel Plaintiff to disclose the settlement agreement and miscellaneous relief is DENIED without prejudice to renewal if the jury returns a verdict in favor of Plaintiff; except that the Court agrees that if the jury finds in favor of Plaintiff on liability, they should be asked to determine the contribution-of-fault for the G & P Agency, Inc. and Joel M. Price.

It is further ORDERED that Plaintiff's motion to seal portions of the Settlement Agreement (Dkt. No. 115) is GRANTED. The redactions are proportionate and designed to protect confidential information integral to Plaintiff's agreement with the Price Defendants. However, the Court notes that counsel to the Price Defendants confirmed on the record at the

May 6 Conference that disclosure of any portion of the Settlement Agreement solely to the RF Defendants (and their counsel) by Plaintiff would not violate the confidentiality provisions of the Settlement Agreement.

Consistent with the foregoing, Defendants/Crossclaim Defendants Joel M. Price and the G & P Agency, Inc. are DISMISSED from this action.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 104, 108, 109, 115, 116, and 117; and to terminate Joel M. Price and the G & P Agency as parties to this action.

Dated: May 11, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2