USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO RACHED ESPER KALLAS,

                Plaintiff,

-against-

THOMAS C. RAGAN and MARY ELIZABETH
FREEMAN,

                Defendants.

22-CV-08256 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Trial in this matter concluded on May 22, 2026. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is Plaintiff's peremptory strike list from May 12, 2026, and is filed under seal;

- Court Exhibit 2, which is Defendants' peremptory strike list from May 12, 2026, and is filed under seal;

- Court Exhibit 3, which is the parties' revised Joint Stipulation of Facts;

- Court Exhibit 4, which is the draft jury questionnaire provided to counsel on May 3, 2026, and reviewed on the record at the Final Pre-Trial Conference on May 4, 2026;

- Court Exhibit 5, which is the questionnaire used by the Court during *voir dire* on May 12, 2026;

- Court Exhibit 6, which is a draft jury charge that was considered at the charge conference held on the record on May 19, 2026;

- Court Exhibit 7, which is a redline of the draft jury charge that was distributed to counsel for review the evening of May 19, 2026;

- Court Exhibit 8, which is the final jury charge that was delivered to the jury on the record on May 20, 2026;

- Court Exhibit 9, which is an additional jury charge that was delivered to the jury on the record on May 21, 2026;

- Court Exhibit 10, which is a draft verdict form that was considered at the charge conference held on the record on May 19, 2026;
- Court Exhibit 11, which is the final verdict form that was reviewed by counsel and then delivered to the jury, both on May 21, 2026;
- Court Exhibit 12, which is the consolidated exhibit list provided to the jury for use during deliberations;
- Court Exhibits 13–18, which are six notes from the jury to the Court;
- Court Exhibit 19, which is the Court's response to Court Exhibit 15;
- Court Exhibit 20, which is the Court's response to Court Exhibit 16; and
- Court Exhibit 21, which is the jury's verdict sheet.

Dated: May 28, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2